Jesse James HAYNES, Plaintiff in Error,

v.

The STATE of Oklahoma, Defendant in Error.

No. A–15043.

Court of Criminal Appeals of Oklahoma.

June 24, 1970.

Jay Dalton, Public Defender, Tulsa County, for plaintiff in error.

G. T. Blankenship, Atty. Gen., Dale F. Crowder, Asst. Atty. Gen., for defendant in error.

## MEMORANDUM OPINION

NIX, Judge:

This is a companion case to No. A–15,-042, Okl.Cr., 473 P.2d 299, opinion handed down this 24th day of June, 1970. All of the facts are the same, and the conclusions of law reached by this Court are as stated fully in said companion case.

The judgment and sentence of 15 years (to run concurrent with the 15 years sentence in the companion case) appealed from in Tulsa County District Court case number 23,300 is hereby affirmed.

BRETT, P. J., and BUSSEY, J., concur.